JAMES J. WALDORF (BAR NO. 38297)
KATHRYN E. VAN HOUTEN (BAR NO. 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. BROADWAY, STE. 900
GLENDALE, CA 91210
Telephone: 818-242-6859
Facsimile: 818-240-7728

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
2000
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 30 2000
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEBRA QUINTERO,

Defendant.

CASE NO. ACV 99-12276

DISMISSAL

(Pursuant to Rule 41(a)(1), Federal Rules of Civ. Proc.)

The plaintiff, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedures, dismisses the above-entitled action without prejudice.

DATED: This 26th day of June, 2000.

IRSFELD, IRSFELD & YOUNGER LLP

JAMES J. WALDORF
Attorneys for Plaintiff

DOCKETED
COPY
NOTICE

2

ENTERED ON ICMS
JU
CV

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On June 26, 2000 I served the forgoing document described as:

**DISMISSAL**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: June 26, 2000 Place of mailing: Glendale, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Debra Quintero, 9413 Townley Drive, Pico Rivera, CA 90660.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 26,2000 at Glendale, California.

JENNIFER VALENTO

(PROOF)